UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | CV 23-00826-FWS (AGRx) | Date | February 24, 2023 |
|---|---|---|---|
| Title | Helayne Seidman v. 3D Public Relations and Marketing, Inc. | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                        None Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been notified by a Notice of Settlement [12] that the case settled, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

Any outstanding Orders to Show Cause are discharged.

                                                                    -   :   -

                                        Initials of Deputy Clerk   mku

cc: